*new* matter, but only thereby to obtain a more *full* answer to the matters already contained in them. Motion allowed.                    B.

### *Williams* ads. *Bates.*

PROCEEDINGS under the act of the 13th *Feb.* 1789, for the relief of debtors with respect to the imprisonment of their persons.

The notice of the petition had been served on the *attorney* in the suit, the plaintiff, the *creditor*, residing *out of the state.* The service held sufficient.  B.

### *Mabbit and others* ads. *Bird, Assignee of the Sheriff of Rensselaer.*

THE original suit was instituted against *five ;* the sheriff returned *four, taken,* and as to one, *non est ;* but by mistake took bail bond for the appearance of *all.* The four who were taken entered special bail, and gave notice, to which there was no exception.

The plaintiff then instituted the present suit on the bail bond against the whole.   And now,

*Woodworth* for the defendants, moved to set aside the proceedings in the suit for irregularity.

*Bird,* contra.   He insisted that this court have no cognizance of a case like the present ; that this is an appeal to the *equity powers* of the court, which can